[No. 56746-2-I. Division One. October 2, 2006.]

LESLIE G. COYLE, *Appellant*, v. LAEL A. STROH-COYLE, *as Notice Agent, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-17865-7, Richard A. Jones, J., entered July 28, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 56840-0-I. Division One. October 2, 2006.]

KIMBERLYLANAE MINOR, *Appellant*, v. 24 HOUR FITNESS USA, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-19256-1, William L. Downing, J., entered August 5, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56887-6-I. Division One. October 2, 2006.]

THE ESTATE OF GUILHERMINA DEIGH ET AL., *Appellants*, v. MATTHEW PERKINS ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 05-2-03739-3, Richard A. Jones, J., entered August 19 and November 2, 2005. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick, C.J., and Dwyer, J.

[No. 56998-8-I. Division One. October 2, 2006.]

SUNRISE SERVICES, INC., ET AL., *Appellants*, v. SNOHOMISH COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-09526-0, James H. Allendoerfer, J., entered August 22, 2005. *Affirmed* by unpublished per curiam opinion.